**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. APEX ELECTRICAL MANUFACTURING COMPANY, Respondent.**

No. 11564.

United States Court of Appeals
Sixth Circuit.
Feb. 19, 1953.

Charles S. Lyon, Charles W. Davis, Ellis N. Slack, Claude R. Marshall and Robert Willan, Washington, D. C., for petitioner.

M. E. Newcomer, Cleveland, Ohio, for respondent.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered that the decision appealed from be and is hereby affirmed, in accordance with the decision of the Tax Court. 16 T.C. 1171.

**GREEN BAY AUTO DISTRIBUTORS, Inc., Appellant, v, WILLYS-OVERLAND MOTORS, Inc., Appellee.**

No. 11588.

United States Court of Appeals
Sixth Circuit.
Feb. 9, 1953.

Smith & Ells, Toledo, Ohio, for appellant.

Ritter & Boesel, Toledo, Ohio, for appellee.

Before SIMONS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal from an order of the District Court, sustaining the motion of the defendant, now appellee, for summary judgment and dismissing the cause, came on to be heard and considered on the record and on the respective briefs and oral arguments of the attorneys for the contending parties;

And it appearing, for the reasons stated in the memorandum opinion of the District Judge, that the motion was well grounded in law;

The order of the District Court entered December 28, 1951, is accordingly affirmed. 102 F.Supp. 151.